FILED: 2/08/2013

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Juan Abel Mendez,*<br><br>          **Plaintiff,**<br><br>     v.<br><br>*Flagstar Bank, FSB, et al.,*<br><br>          **Defendants.** | CASE NO. CV 11-9763-GHK (MANx)<br><br>JUDGMENT |

Pursuant to the Court's February 8, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Juan Abel Mendez's ("Plaintiff") claims against Defendants Flagstar Bank, FSB; PLM Lender Services, Inc.; Nationstar Mortgage LLC; Mortgage U.S.A., Inc.; Mortgage Electronic Registration Systems, Inc.; Chicago Title Company; and Federal National Mortgage Association, a/k/a " Fannie Mae," are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: February 8, 2013

_____
GEORGE H. KING
Chief United States District Judge